IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JACOB A. MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-504-HO |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The decision of the Commissioner is affirmed.

DATED this __31st__ day of __May__, 2008.

                                                s/ Michael R. Hogan
                                      UNITED STATES DISTRICT JUDGE

1 - JUDGMENT